STATE of Missouri, Respondent,

v.

Leroy W. ITSCHNER, Appellant.

No. WD 53270.

Missouri Court of Appeals, Western District.

Feb. 24, 1998.

Leroy W. Itschner, Macon, pro se.

David A. Masters, Pros. Atty., Macon, for respondent.

Before SPINDEN, P.J., and LAURA DENVIR STITH and EDWIN H. SMITH, JJ.

## ORDER

PER CURIAM.

Leroy W. Itschner appeals from the circuit court's judgment of his jury convictions and sentences for seventy-nine counts of establishing, operating or maintaining an unlicensed junkyard in violation of § 226.670, RSMo 1994.

Dismissed. Rule 30.25(b).

STATE of Missouri, Respondent,

v.

Patricia TEMPLETON–CONLEY, Appellant.

No. WD 54584.

Missouri Court of Appeals, Western District.

Feb. 24, 1998.

Susan Hogan, Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cristi A. Ingalsbe, Asst. Atty. Gen., Jefferson City, for respondent.

Before LAURA DENVIR STITH, P.J., and HANNA and RIEDERER, JJ.

## ORDER

PER CURIAM:

Patricia Templeton–Conley appeals her conviction for forgery under Section 570.090.1(4), RSMo 1994. We find no merit to her claim that the trial court erred in admitting evidence of her similar forgery of a check on the day before the crime charged. Finding no precedential value to our decision, we affirm by this summary order but have provided the parties with a memorandum setting out the reasons for our decision. Rule 30.25(b).